IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY VAN KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) | |
| INC., ROBERT JOSEPH BECKER, | ) | |
| CHEROKEE INSURANCE COMPANY, | ) | |
| NIKITA GIDEON, JOHN DOE 2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
| Defendants. | ) | |

_____

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:   Cherokee Insurance Company
c/o Bruce A. Taylor, Jr., Esq.
Drew, Eckl & Farnham, LLP
880 West Peachtree Street
Atlanta, GA 30309

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. The complaint has been filed in the State Court for the State of Georgia in and for the County of DeKalb and has been assigned the case number of 10A32198-6.

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (or 60 days if located outside any judicial district of the United States) after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver

of Service of Summons is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the Waiver of Service is also attached for your records. YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed except that you will not be obligated to answer or otherwise respond to the complaint within 60 days from the date designated below as the date on which this notice is sent (or within 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and then, to the extent authorized by those rules, I will ask the court to require you (or the party on whose behalf you are addressed) to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of Service of Summons enclosed herein.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on this _30th_ day of _September_, 2010.

Brodhead Law, LLC
3350 Riverwood Parkway
Suite 2230
Atlanta, GA 30339
(404) 846-0100

Ben C. Brodhead, Esq.
Georgia Bar No.084127
*Attorney for Plaintiff,*
*Timothy Van Kirk*

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | |
|---|---|
| TIMOTHY VAN KIRK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) CIVIL ACTION |
| v. | ) |
| | ) FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) |
| INC., ROBERT JOSEPH BECKER, | ) |
| CHEROKEE INSURANCE COMPANY, | ) |
| NIKITA GIDEON, JOHN DOE 2, | ) |
| ABC CORP., AND XYZ CORP., | ) |
| | ) |
| Defendants. | ) |

## WAIVER OF SERVICE OF SUMMONS

To:   Ben C. Brodhead, Esq.
      Brodhead Law, LLC
      3350 Riverwood Parkway, Suite 2230
      Atlanta, GA 30339

I acknowledge receipt of your request that I waive service of a summons in the above-styled action, which is case number 10A32198-6 in the State Court of the State of Georgia in and for the County of DeKalb. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This Waiver of Service of Summons is entered on behalf of and effective against Cherokee Insurance Company.

This 29th day of _____Oct._____, 2010.

Signed,

Bruce A. Taylor, Jr., Esq.          Abdi Ammari
Georgia Bar No. 699669              Georgia Bar No. 010357
Drew, Eckl & Farnham, LLP
880 West Peachtree Street
Atlanta, GA 30309
*Attorney for Defendant,*
*Cherokee Insurance Company*

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY VAN KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) | |
| INC., ROBERT JOSEPH BECKER, | ) | |
| CHEROKEE INSURANCE COMPANY, | ) | |
| NIKITA GIDEON, JOHN DOE 2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## WAIVER OF SERVICE OF SUMMONS

To:    Ben C. Brodhead, Esq.
       Brodhead Law, LLC
       3350 Riverwood Parkway, Suite 2230
       Atlanta, Georgia 30339

I acknowledge receipt of your request that I waive service of a summons in the above-styled action, which is case number 10A32198-6 in the State Court of the State of Georgia in and for the County of DeKalb. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This Waiver of Service of Summons is entered on behalf of and effective against Cherokee Insurance Company.

This 29th day of Oct. , 2010.


Signed,


Bruce A. Taylor, Esq.      Abdi Ammari
Georgia Bar No. 699669     Georgia Bar No. 000357
Drew, Eckl & Farnham, LLP
880 West Peachtree Street
Atlanta, GA 30309
*Attorney for Defendant,*
*Cherokee Insurance Company*

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TIMOTHY VAN KIRK,                    )
                                     )
        Plaintiff,                   )
                                     )        CIVIL ACTION
v.                                   )
                                     )        FILE NO.: 10A32198-6
CUSTOM TRUCK AND EQUIPMENT,          )
INC., ROBERT JOSEPH BECKER,          )
CHEROKEE INSURANCE COMPANY,          )
NIKITA GIDEON, JOHN DOE 2,           )
ABC CORP., AND XYZ CORP.,            )
                                     )
        Defendants.                  )
_____)

## NOTICE OF DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated requires certain parties to cooperate in saving unnecessary costs of service of the summons and the pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for such defendant's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TIMOTHY VAN KIRK,                        )
                                         )
        Plaintiff,                       )
                                         )        CIVIL ACTION
                                         )
v.                                       )
                                         )        FILE NO.: 10A32198-6
CUSTOM TRUCK AND EQUIPMENT,              )
INC., ROBERT JOSEPH BECKER,              )
CHEROKEE INSURANCE COMPANY,              )
NIKITA GIDEON, JOHN DOE 2,               )
ABC CORP., AND XYZ CORP.,                )
                                         )
        Defendants.                      )
_____   )

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:     Custom Truck & Equipment, Inc.
        c/o Bruce A. Taylor, Jr., Esq.
        Drew, Eckl & Farnham, LLP
        880 West Peachtree Street
        Atlanta, GA 30309

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. The complaint has been filed in the State Court for the State of Georgia in and for the County of DeKalb and has been assigned the case number of 10A32198-6.

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (or 60 days if located outside any judicial district of the United States) after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver

of Service of Summons is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the Waiver of Service is also attached for your records. YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed except that you will not be obligated to answer or otherwise respond to the complaint within 60 days from the date designated below as the date on which this notice is sent (or within 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and then, to the extent authorized by those rules, I will ask the court to require you (or the party on whose behalf you are addressed) to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of Service of Summons enclosed herein.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on this _30th_ day of _September_, 2010.

Brodhead Law, LLC
3350 Riverwood Parkway
Suite 2230
Atlanta, GA 30339
(404) 846-0100

Ben C. Brodhead, Esq.
Georgia Bar No.084127
*Attorney for Plaintiff,*
*Timothy Van Kirk*

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY VAN KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) | |
| INC., ROBERT JOSEPH BECKER, | ) | |
| CHEROKEE INSURANCE COMPANY, | ) | |
| NIKITA GIDEON, JOHN DOE 2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## WAIVER OF SERVICE OF SUMMONS

To:    Ben C. Brodhead, Esq.
       Brodhead Law, LLC
       3350 Riverwood Parkway, Suite 2230
       Atlanta, GA 30339

I acknowledge receipt of your request that I waive service of a summons in the above-styled

action, which is case number 10A32198-6 in the State Court of the State of Georgia in and for the

County of DeKalb.  I have also received a copy of the complaint in the action, two copies of this

instrument, and a means by which I can return the signed waiver to you without cost to me.  I

understand that I am entitled to consult with my own attorney regarding the consequences of my

signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in

this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial

process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This Waiver of Service of Summons is entered on behalf of and effective against Custom Truck & Equipment, Inc.

This 29th day of Oct. , 2010.

Signed,

Bruce A. Taylor, Jr., Esq.
Georgia Bar No. 699669
Drew, Eckl & Farnham, LLP
880 West Peachtree Street
Atlanta, GA 30309
*Attorney for Defendant,*
*Custom Truck & Equipment, Inc.*

Abd: Ammari
Georgia Bar No. 006357

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY VAN KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) | |
| INC., ROBERT JOSEPH BECKER, | ) | |
| CHEROKEE INSURANCE COMPANY, | ) | |
| NIKITA GIDEON, JOHN DOE 2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## WAIVER OF SERVICE OF SUMMONS

To:   Ben C. Brodhead, Esq.
      Brodhead Law, LLC
      3350 Riverwood Parkway, Suite 2230
      Atlanta, Georgia 30339

I acknowledge receipt of your request that I waive service of a summons in the above-styled action, which is case number 10A32198-6 in the State Court of the State of Georgia in and for the County of DeKalb. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This Waiver of Service of Summons is entered on behalf of and effective against Custom Truck & Equipment, Inc.

This 28th day of Oct. , 2010.

Signed,

Bruce A. Taylor, Esq.           Abdi Ammari
Georgia Bar No. 699669          Georgia Bar No. 000357
Drew, Eckl & Farnham, LLP
880 West Peachtree Street
Atlanta, GA 30309
*Attorney for Defendant,*
*Custom Truck & Equipment, Inc.*

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

TIMOTHY VAN KIRK,                    )
                                     )
        Plaintiff,                   )
                                     )        CIVIL ACTION
v.                                   )
                                     )        FILE NO.: 10A32198-6
CUSTOM TRUCK AND EQUIPMENT,          )
INC., ROBERT JOSEPH BECKER,          )
CHEROKEE INSURANCE COMPANY,          )
NIKITA GIDEON, JOHN DOE 2,           )
ABC CORP., AND XYZ CORP.,            )
                                     )
        Defendants.                  )
_____)

## NOTICE OF DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated requires certain parties to cooperate in saving unnecessary costs of service of the summons and the pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for such defendant's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court. If the answer is not served within this time, a default judgment may be taken against that defendant. By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY VAN KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) | |
| INC., ROBERT JOSEPH BECKER, | ) | |
| CHEROKEE INSURANCE COMPANY, | ) | |
| NIKITA GIDEON, JOHN DOE 2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF LAWSUIT AND REQUEST FOR WAIVER OF SERVICE OF SUMMONS

TO:    Robert Joseph Becker
       c/o Bruce A. Taylor, Jr., Esq.
       Drew, Eckl & Farnham, LLP
       880 West Peachtree Street
       Atlanta, GA 30309

A lawsuit has been commenced against you (or the entity on whose behalf you are addressed). A copy of the complaint is attached to this notice. The complaint has been filed in the State Court for the State of Georgia in and for the County of DeKalb and has been assigned the case number of 10A32198-6.

This is not a formal summons or notification from the court, but rather my request pursuant to Code Section 9-11-4 of the Official Code of Georgia Annotated that you sign and return the enclosed Waiver of Service in order to save the cost of serving you with a judicial summons and an additional copy of the complaint. The cost of service will be avoided if I receive a signed copy of the waiver within 30 days (or 60 days if located outside any judicial district of the United States) after the date designated below as the date on which this Notice of Lawsuit and Request for Waiver

of Service of Summons is sent. I enclose a stamped and addressed envelope for your use. An extra copy of the Waiver of Service is also attached for your records. YOU ARE ENTITLED TO CONSULT WITH YOUR ATTORNEY REGARDING THIS MATTER.

If you comply with this request and return the signed Waiver of Service, the waiver will be filed with the court and no summons will be served on you. The action will then proceed as if you had been served on the date the waiver is filed except that you will not be obligated to answer or otherwise respond to the complaint within 60 days from the date designated below as the date on which this notice is sent (or within 90 days from that date if your address is not in any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will take appropriate steps to effect formal service in a manner authorized by the Georgia Rules of Civil Procedure and then, to the extent authorized by those rules, I will ask the court to require you (or the party on whose behalf you are addressed) to pay the full cost of such service. In that connection, please read the statement concerning the duty of parties to avoid unnecessary costs of service of summons, which is set forth on the Notice of Duty to Avoid Unnecessary Costs of Service of Summons enclosed herein.

I affirm that this Notice of Lawsuit and Request for Waiver of Service of Summons is being sent to you on behalf of the Plaintiff on this _30th_ day of _September_, 2010.


Brodhead Law, LLC                          Ben C. Brodhead, Esq.
3350 Riverwood Parkway                     Georgia Bar No.084127
Suite 2230                                 *Attorney for Plaintiff,*
Atlanta, GA 30339                          *Timothy Van Kirk*
(404) 846-0100

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY VAN KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) | |
| INC., ROBERT JOSEPH BECKER, | ) | |
| CHEROKEE INSURANCE COMPANY, | ) | |
| NIKITA GIDEON, JOHN DOE 2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## WAIVER OF SERVICE OF SUMMONS

To:   Ben C. Brodhead, Esq.
      Brodhead Law, LLC
      3350 Riverwood Parkway, Suite 2230
      Atlanta, GA 30339

I acknowledge receipt of your request that I waive service of a summons in the above-styled action, which is case number 10A32198-6 in the State Court of the State of Georgia in and for the County of DeKalb. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me. I understand that I am entitled to consult with my own attorney regarding the consequences of my signing this waiver.

I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This Waiver of Service of Summons is entered on behalf of and effective against Robert Joseph Becker.

This 24th day of ____Oct._____, 2010.

Signed, _____

Bruce A. Taylor, Jr., Esq.     *Abdi Ammari*
Georgia Bar No. 699669     *Georgia Bar No. 006257*
Drew, Eckl & Farnham, LLP
880 West Peachtree Street
Atlanta, GA 30309
*Attorney for Defendant,*
*Robert Joseph Becker*

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY VAN KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) | |
| INC., ROBERT JOSEPH BECKER, | ) | |
| CHEROKEE INSURANCE COMPANY, | ) | |
| NIKITA GIDEON, JOHN DOE 2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
| Defendants. | ) | |

## WAIVER OF SERVICE OF SUMMONS

To:    Ben C. Brodhead, Esq.
       Brodhead Law, LLC
       3350 Riverwood Parkway, Suite 2230
       Atlanta, Georgia 30339

     I acknowledge receipt of your request that I waive service of a summons in the above-styled

action, which is case number 10A32198-6 in the State Court of the State of Georgia in and for the

County of DeKalb. I have also received a copy of the complaint in the action, two copies of this

instrument, and a means by which I can return the signed waiver to you without cost to me. I

understand that I am entitled to consult with my own attorney regarding the consequences of my

signing this waiver.

     I agree to save the cost of service of a summons and an additional copy of the complaint in

this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial

process in the manner provided by the Georgia Rules of Civil Procedure.

I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer is not served upon you within 60 days after the date this waiver was sent, or within 90 days after that date if the request for the waiver was sent outside the United States.

This Waiver of Service of Summons is entered on behalf of and effective against Robert Joseph Becker.

This __24th__ day of __Oct.__, 2010.

Signed,

_A. Ammari_   Abdi Ammari
Georgia Bar No. 000357

Bruce A. Taylor, Jr., Esq.
Georgia Bar No. 699669
Drew, Eckl & Farnham, LLP
880 West Peachtree Street
Atlanta, GA 30309
*Attorney for Defendant,*
*Robert Joseph Becker*

IN THE STATE COURT OF DEKALB COUNTY
STATE OF GEORGIA

| | | |
|---|---|---|
| TIMOTHY VAN KIRK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION |
| v. | ) | |
| | ) | FILE NO.: 10A32198-6 |
| CUSTOM TRUCK AND EQUIPMENT, | ) | |
| INC., ROBERT JOSEPH BECKER, | ) | |
| CHEROKEE INSURANCE COMPANY, | ) | |
| NIKITA GIDEON, JOHN DOE 2, | ) | |
| ABC CORP., AND XYZ CORP., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF DUTY TO AVOID UNNECESSARY COSTS OF SERVICE OF SUMMONS

Subsection (d) of Code Section 9-11-4 of the Official Code of Georgia Annotated requires certain parties to cooperate in saving unnecessary costs of service of the summons and the pleading. A defendant located in the United States who, after being notified of an action and asked by a plaintiff located in the United States to waive service of a summons, fails to do so will be required to bear the cost of such service unless good cause be shown for such defendant's failure to sign and return the waiver.

It is not good cause for a failure to waive service that a party believes that the complaint is unfounded, or that the action has been brought in an improper place or in a court that lacks jurisdiction over the subject matter of the action or over its person or property. A party who waives service of the summons retains all defenses and objections (except any relating to the summons or to the service of the summons), and may later object to the jurisdiction of the court or to the place where the action has been brought.

A defendant who waives service must, within the time specified on the waiver form, serve on the plaintiff's attorney (or unrepresented plaintiff) a response to the complaint and also must file a signed copy of the response with the court.  If the answer is not served within this time, a default judgment may be taken against that defendant.  By waiving service, a defendant is allowed more time to answer than if the summons had been actually served when the request for waiver of service was received.